UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| ROBERTA SANSONE, § § Plaintiff, § § v. § § STATE FARM MUTUAL AUTOMOBILE § INSURANCE COMPANY, § § Defendant. § | Civil Action No. 2:16-CV-00332 |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Roberta Sansone and Defendant State Farm Mutual Automobile Insurance Company, by and through counsel, stipulate that this civil action may be dismissed, without prejudice, and without an award of attorneys' fees or costs of any type whatsoever against any party.

Respectfully submitted,

s/ Jonathan Sevier Cave
Jonathan Sevier Cave, BPR No. 027139
THE CAVE LAW FIRM, PLLC
104 North College Street
Greeneville, Tennessee 37743
Telephone: (423) 638-5892
Facsimile: (423) 638-5786
jonathan@caveattorneys.com

        s/ Roger W. Smith
        Roger W. Smith, BPR No. 2112
        327 East Main Street
        Newport, Tennessee 37821
        Telephone: (423) 625-8498

        *Attorneys for Plaintiff Roberta Sansone*


        s/ Chad E. Wallace
        Chad E. Wallace, BPR No. 021741
        BAKER, DONELSON, BEARMAN,
          CALDWELL & BERKOWITZ, P.C.
        100 Med Tech Parkway, Suite 200
        P.O. Box 3038
        Johnson City, Tennessee 37602
        Telephone: (423) 928-0181
        Facsimile: (423) 979-7639
        cwallace@bakerdonelson.com

        *Attorney for Defendant*
          *State Farm Mutual Automobile*
          *Insurance Company*